BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SOLOMON MARTINEZ-GARCIA,<br><br>                    Defendant.<br>_____ | CASE NO. 1:12-CR-00252 AWI-DLB<br><br>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE TO OCTOBER 1, 2012 AT 10:00am |

    IT IS HEREBY STIPULATED by and between the parties hereto

through their respective counsel, Andrew L. Gradman, Special

Assistant United States Attorney for Plaintiff, and James R.

Homola, Attorney for Defendant SOLOMON MARTINEZ-GARCIA, that the

Status Conference currently set for October 9, 2012, at 10:00 a.m.,

be advanced to October 1, 2012, at 10:00 a.m. for purposes of trial

setting.  Time has already been excluded through October 9, 2012.

Dated: September 27, 2012          BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/ Andrew L. Gradman

1

1                                          ANDREW L. GRADMAN
                                           Special Assistant U.S. Attorney
2

3

4   Dated: September 27, 2012        /s/ James R. Homola
                                     JAMES R. HOMOLA
5                                    Attorney for Defendant
                                     SOLOMON MARTINEZ-GARCIA
6

7

8        IT IS HEREBY ORDERED that the status conference scheduled for

9   October 9, 2012, is advanced to October 1, 2012, at 10:00 a.m.

10
    IT IS SO ORDERED.
11

12  Dated:      September 27, 2012
                                     CHIEF UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     2